FREDRIC C. NELSON (CA SBN 48402)
JOHN R. FOOTE (CA SBN 99674)
ADAM C. WRIGHT (CA SBN 261749)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
Tel:  (415) 984-8200
Fax:  (415) 984-8300
fnelson@nixonpeabody.com
jfoote@nixonpeabody.com
awright@nixonpeabody.com

Attorneys for Defendant
Ladies Professional Golf Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LANA LAWLESS,<br><br>       Plaintiff,<br><br>   vs.<br><br>LADIES PROFESSIONAL GOLF ASSOCIATION, et. al.,<br><br>       Defendants. | CASE NO. CV-10-04599 SBA<br><br>STIPULATION AND ORDER ADOPTING ADR PROCEDURES AND AMENDING CASE MANAGEMENT SCHEDULING ORDER<br><br>Judge:  Hon. Saundra Brown Armstrong |

The parties to this action, through their counsel, have discussed the advisability of adopting a mediation procedure as a means for determining whether this matter can be resolved expeditiously, before the expenditure of significant fees and costs attendant to initial disclosures and other court-ordered procedures.

Therefore, the parties hereby stipulate that they will engage in mediation and complete that procedure no later than February 15, 2011, and that the following obligations of the parties set forth in the Order Setting Initial Case Management Conference will be continued until the dates referenced below:

1. Meet and Confer regarding Rules 26 (a)(1) Initial Disclosures, Rule 26 (f) Discovery Plan, and Motions to Dismiss – February 21, 2011;

STIPULATION AND ORDER ADOPTING ADR PROCEDURES AND AMENDING CASE MANAGEMENT SCHEDULING ORDER     -1-     CV 10-04599 SBA

2. Answer, move, or otherwise respond to Plaintiff's Complaint – February 25, 2011;

3. File Joint Case Management Statement – February 28, 2011;

4. File Rule 26 (f) Report – March 2, 2011;

5. Exchange Rule 26(a)(l) Initial Disclosures – March 2, 2011; and

6. Initial Case Management Conference – to be held on a date selected by the Court.

December 29, 2010                           DOLAN LAW FIRM


By:   /s/ Christopher Dolan
      Christopher Dolan
      Attorneys for Plaintiff
      Lana Lawless


December 29, 2010                           NIXON PEABODY LLP


By:   /s/ Fredric C. Nelson
      Fredric C. Nelson
      Attorneys for Defendant
      Ladies Professional Golf Association


December 29, 2010                           KEMP & KEMP


By:   /s/ Thomas L. Kemp
      Thomas L. Kemp
      Attorneys for Defendant
      Long Drivers of America, Ltd.

STIPULATION AND ORDER ADOPTING ADR          -2-                     CV 10-04599 SBA
PROCEDURES AND AMENDING CASE
MANAGEMENT SCHEDULING ORDER

## ORDER

The January 20, 2011 Case Management Conference is CONTINUED to **May 5, 2011 at 2:45 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

January 11, 2011

_____
The Honorable Saundra Brown Armstrong
United States District Judge