ROBERT S. SHWARTS (State Bar No. 196803)
KRISTEN M. JACOBY (State Bar No. 243857)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendant
DICK'S SPORTING GOODS, INC. AND RE/MAX LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LANA LAWLESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LADIES PROFESSIONAL GOLF ASSOCIATION; LONG DRIVERS OF AMERICA; CVS PHARMACY, INC. DICK'S SPORTING GOODS, INC.; and RE/MAX LLC.<br><br>　　　　　Defendants. | Case No. CV 10-4599 SBA<br><br>**[ ORDER DISMISSING DEFENDANTS RE/MAX, LLC AND DICK'S SPORTING GOODS, INC. WITHOUT PREJUDICE, PURUANT TO STIPULATION** |

Pursuant to the parties' stipulation, filed on December 29, 2010,

IT IS HEREBY ORDERED THAT Defendants RE/MAX, LLC and Dick's Sporting Goods, Inc. are DISMISSED WITHOUT PREJUDICE.

Dated:  1/18/11

                                      HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER DISMISSING DEFENDANTS RE/MAX, LLC AND DICK'S SPORTING GOODS, INC. WITHOUT PREJUDICE (CASE NO. CV 10-4599 SBA)