Christopher B. Dolan (SBN 165358)
chris@cbdlaw.com
Michael J. DePaul (SBN 231641)
michael.depaul@cbdlaw.com
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, CA 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiff
LANA LAWLESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA LAWLESS,<br><br>  Plaintiff,<br><br>v.<br><br>LADIES PROFESSIONAL GOLF ASSOCIATION; LONG DRIVERS OF AMERICA; CVS PHARMACY, INC; DICK'S SPORTING GOODS, INC.; and RE/MAX LLC.<br><br>  Defendants. | No. C 10-04599 DMR<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS LADIES PROFESSIONAL GOLF ASSOCIATION AND LONG DRIVERS AMERICA WITH PREJUDICE** |

Whereas Plaintiff and Defendants Ladies Professional Golf Association ("LPGA") and Long Drivers of America ("LDA") have reached a full settlement of all contested issues between them, which settlement is memorialized in a written Stipulation for Settlement signed by these parties, and pursuant to Fed. R. Civ. P. 41(a)(2), these parties stipulate as follows:

    1.    Defendant LPGA and Defendant LDA are hereby dismissed with prejudice.

/ /
/ /
/ /

1

**SO STIPULATED:**

DATED: May___, 2011     THE DOLAN LAW FIRM

Signature _____
Christopher B. Dolan
Counsel for Plaintiff LANA LAWLESS

DATED: May 9, 2011     NIXON PEABODY LLP

Signature _____
Fredric C. Nelson
Counsel for Defendant LPGA

DATED: May ___, 2011     KEMP & KEMP, PA

Signature _____
Thomas L. Kemp
Counsel for Defendant LDA

DATED: May ___, 2011     SCHNADER HARRISON SEGAL & LEWIS

Signature _____
Leo J. Murphy
Counsel for Defendant LDA

## ORDER

1. Defendant LPGA and Defendant LDA are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 25, 2011     Signature *Sandra B. Armstrong*
Judge of the United States District Court

**SO STIPULATED:**

DATED: May __, 2011              THE DOLAN LAW FIRM

                                 Signature _____
                                 Christopher B. Dolan
                                 Counsel for Plaintiff LANA LAWLESS

DATED: May ____, 2011            NIXON PEABODY LLP

                                 Signature _____
                                 Fredric C. Nelson
                                 Counsel for Defendant LPGA

DATED: May 18, 2011              KEMP & KEMP, PA

                                 Signature /s/
                                 Thomas L. Kemp
                                 Counsel for Defendant LDA

DATED: May 17, 2011              SCHNADER HARRISON SEGAL & LEWIS

                                 Signature _____
                                 Leo J. Murphy
                                 Counsel for Defendant LDA

## ORDER

1. Defendant LPGA and Defendant LDA are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May ___, 2011             Signature _____
                                 Judge of the United States District Court